IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

OSCAR BRADSHAW III                                                                    PLAINTIFF

V.                             NO. 4:13CV00108 JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 15th day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE